UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>            Petitioner,<br><br>   v.<br><br>J. PICKETT, et al.,<br><br>           Respondents. | Case No. 2:20-cv-05446-DMG-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Emergency Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and accompanying documents ("Petition"), the parties' submissions in connection with respondents' Motion to Dismiss the Petition, petitioner's request to stay the Petition and hold it in abeyance, and petitioner's request to strike respondents' Reply from the record, and all of the records herein, including the August 27, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

///

1    IT IS HEREBY ORDERED that (1) the Motion to Dismiss (Dkt. No. 10) is granted, Ground One of the Petition is dismissed without prejudice as not cognizable, Ground Two of the Petition is dismissed with prejudice as untimely, and accordingly, this action is dismissed; (2) petitioner's request to stay the Petition and hold it in abeyance (Dkt. No. 14) is denied; (3) petitioner's request to strike respondents' Reply from the record (Dkt. No. 18) is denied; and (4) the Clerk shall enter Judgment accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and on respondent's counsel.

IT IS SO ORDERED.

DATED: March 22, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE