JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | Case No. 2:20-cv-05446-DMG-JC |
| Petitioner, | JUDGMENT |
| v. | |
| J. PICKETT, et al., | |
| Respondents. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Ground One of the Emergency Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition") is dismissed without prejudice as not cognizable, Ground Two of the Petition is dismissed with prejudice as untimely, and this action is accordingly dismissed.

IT IS SO ADJUDGED.

DATED: March 22, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE